**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN BLANSET, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TPG, INC., a Delaware corporation; OLYMPUS TERMINALS LLC, a Delaware limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | **CLASS ACTION**<br><br>Case No. 2:26-cv-11484-SVW-PVC<br><br>**~~[PROPOSED]~~ ORDER ON JOINT STIPULATION TO REMAND ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT**<br><br>Honorable George H. Wu<br>Courtroom: 9D<br><br>Action filed: August 14, 2026<br>Removed: October 2, 2026 |

**~~[PROPOSED]~~ ORDER**

The Court, having considered the Parties' Joint Stipulation to Remand, and good cause appearing, ORDERS as follows:

1. The Stipulation is APPROVED.

2. This action is REMANDED to the Superior Court of California, County of Los Angeles, Case No. 26STCV25912.

3. The Clerk shall transmit a certified copy of this Order to the Clerk of the Los Angeles County Superior Court and close this case.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Hon. Stephen V. Wilson
United States District Judge